FREDERICK DEMING, as Assignee, etc., Respondent, *v.* THE LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, Appellant.

(Submitted January 22, 1879; decided March 18, 1879.)

*George W. Cothran* for appellant.

*Sherman S. Rogers* for respondent.

AGREE to affirm without opinion.

All concur, except FOLGER, J., dissenting.